CERTIFICATE OF SERVICE

    I, William H. Oltarsh, an attorney duly admitted to practice before the courts of the state of New York, hereby confirm under the penalty of perjury that I caused to be served a copy of the within Mandamus complaint by personal service on the US attorney by regular mail by depositing same in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, to the Department of Homeland Security:

District Director
USCIS
26 Federal Plaza
New York, NY 10278


And by causing the same to be personally served on

U.S. Attorney's Office
Southern District of New York
86 Chambers Street,
New York, NY 10007


on this 22nd day of May , 2008

New York, NY          _____
                                      William H. Oltarsh