UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOSE BARRAGAN ESTRADA, et al.,

        Plaintiffs,          **ECF CASE**

   v.          08 Civ. 4849 (RMB)

DEPARTMENT OF HOMELAND SECURITY, et al.,

            NOTICE OF APPEARANCE

        Defendants.
------------------------------------------------------------ x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         June 4, 2008

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York

            By:   /s/ _____
                    SHANE P. CARGO
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Telephone: (212) 637-2711
                    Facsimile: (212) 637-2786
                    Email: shane.cargo@usdoj.gov

TO:   William H. Oltarsh, Esq.
       500 Fifth Avenue, Suite 800
       New York, NY 10110