USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED
p.2

86 Chambers Street, 3rd floor
New York, New York 10007

June 23, 2008

**BY HAND**

JUN 23 2008

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

      Re:    Estrada v. DHS, No. 08 Civ. 4849 (RMB)

Dear Judge Berman:

      On behalf of the Government, I write respectfully to request that the initial pre-trial conference in the above-reference proceeding — currently scheduled for Wednesday, June 25, 2008, at 9:00 a.m. — be adjourned because we expect the matter to be resolved soon. The petitioners' lawyer, William H. Oltarsh, has consented to this first request for an adjournment.

      The petition seeks an order compelling the adjudication of the adjustment-of-status applications of Jose Barragan Estrada, his wife Laura Sanchez Pulido, and his daughter Laura Barragan Sanchez. On June 13, 2008, U.S. Citizenship and Immigration Services approved the applications of Jose Estrada and his daughter. His wife's application is still pending, but once it has been adjudicated, the petition will be moot. We therefore respectfully request that the initial pre-trial conference be adjourned approximately one month.

The Honorable Richard M. Berman
June 23, 2008
Page 2

    Thank you for your consideration of this request.

                    Respectfully submitted,
                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

By: _____
       SHANE CARGO
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.   (212) 637-2711
       Fax   (212) 637-2786

cc:    Mr. William H. Oltarsh, Esq. (counsel for petitioners)
       *By fax to (212) 944-9120*

---

Application granted. Conference adjourned to 7/29/08 at 2:00 p.m.

SO ORDERED:
Date: 6/24/08

*Richard M. Berman, U.S.D.J.*