UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE BARRAGAN ESTRADA, et al.,

                Petitioners,

- against -

DEPARTMENT OF HOMELAND SECURITY, et al.,

                Respondent.

No. 08 Civ. 4849 (RMB)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondent to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to August 25, 2008.

New York, New York  
July 18, 2008

OLTARSH & ASSOCIATES, P.C.  
Attorneys for Petitioner

_____  
William H. Oltarsh, Esq.  
494 Eighth Avenue, Suite 1704  
New York, New York 10001  
Tel.  (212) 944-9420  
Fax  (212) 944-9120

New York, New York  
July __, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for Respondent

_____  
Shane Cargo, Esq.  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.  (212) 637-2711  
Fax  (212) 637-2786

SO ORDERED:

*Richard M. Berman*  
U.S.D.J.  
7/23/08

- page 1 of 1 -

TOTAL P.02