USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

July 29, 2008

RECEIVED
JUL 29 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

<u>**BY FAX TO (212) 805-6717**</u>

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: *Estrada v. DHS*, No. 08 Civ. 4849 (RMB)

Dear Judge Berman:

On behalf of the Government, I write respectfully to request that the initial pre-trial conference in the above-reference proceeding be adjourned in contemplation of dismissal. The petitioners' counsel has consented to this request.

On Friday, July 25, 2008, U.S. Citizenship and Immigration Services decided the last of the three adjustment-of-status applications at issue in this case, and yesterday the parties filed a stipulation of dismissal with prejudice, a copy of which is enclosed. In light of the foregoing, we respectfully request that the conference be adjourned.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
7/29/08

By: _____
SHANE CARGO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

cc: Mr. William H. Oltarsh, Esq. (counsel for petitioners) (212) 944-9420
*By fax to (212) 944-9120*