UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE BARRAGAN ESTRADA, LAURA
SANCHEZ PULIDO, AND LAURA BARRAGAN
SANCHEZ,

Petitioners,

- against -

DEP'T OF HOMELAND SECURITY, et al.,

Respondents.

08 JUL 28 PM 5:38

U.S. DISTRICT COURT
S.D.N.Y.

Dkt. No. 08 Civ. 04849 (RMB)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
counsel for the parties, that the above-captioned action is dismissed with prejudice and without
costs or attorney's fees to any party.

*Clerk to close this case.*

New York, New York
July 26, 2008

OLTARSH & ASSOCIATES, P.C.
Attorney for Petitioners

William H. Oltarsh, Esq.
494 Eighth Avenue, Suite 1704
New York, NY 10001
Tel. (212) 944-9420
Fax: (212) 944-9120

New York, New York
July 26, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED:

RMB

Hon. Richard M. Berman
United States District Judge

7/29/08

— Page 1 of 1 —

A88-260-353
A88-260-352
A88-260-351